**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MICHAEL D. TAYLOR,

Plaintiff,

v. CIVIL ACTION NO. 3:25-0344

WV DEPARTMENT OF CORRECTIONS,
WV STATE NURSING BOARD,
PUTNAM COUNTY SHERIFF'S DEPARTMENT,
WV PUBLIC EMPLOYEES,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's Complaint (ECF No. 2), be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil Procedure 41.1; the pending Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1), be denied as moot; and this civil action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **ORDERS** that Plaintiff's Complaint (ECF No. 2), be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule of Civil Procedure 41.1; the pending

Application to Proceed Without Prepayment of Fees and Costs (ECF No. 1), be **DENIED** as **MOOT**; and this civil action be **REMOVED** from the docket of the Court

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 29, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE